**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
THERESA HARARI,                            :
                                           :
                Plaintiff,                 :       19-CV-2468 (ALC) (OTW)
                                           :
        -against-                          :       ORDER
                                           :
THE CITY OF NEW YORK,                      :
                                           :
                Defendant.                 :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

In light of the submitted notice of acceptance of a Rule 68 offer of judgment, ECF 17, the January 7, 2020 Initial Case Management Conference is adjourned *sine die*.

**SO ORDERED.**

Dated: January 3, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge